IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREENSTAR TECHNOLOGIES, LLC AND PACIFIC CONTROLS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>JONES LANG LASALLE AMERICAS, INC.,<br><br>Defendant. | Case No.: 3:20-cv-07900 (GC-TJB)<br><br>**NOTICE OF APPEARANCE OF PAUL MANDAL, ESQ. ON BEHALF OF PLAINTIFFS GREENSTAR TECHNOLOGIES, LLC AND PACIFIC CONTROLS, INC.,** |

**PLEASE TAKE NOTICE** that Paul Mandal, Esq. of the law firm Dreifuss Bonacci & Parker, PC is hereby entering an appearance as counsel of record for Plaintiffs Greenstar Technologies, LLC and Pacific Controls, Inc., in the above-captioned matter and requests that copies of all papers in this action be served upon the undersigned.

**DREIFUSS BONACCI & PARKER, PC**
*Attorneys for Greenstar Technologies, LLC and Pacific Controls, Inc.*
By:

_____s/ Paul Mandal_____
PAUL MANDAL, ESQ.

Dated: January 31, 2023