UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GREENSTAR TECHNOLOGIES LLC AND PACIFIC CONTROLS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> JONES LANG LASALLE AMERICAS, INC., <br><br> Defendant. | CIVIL ACTION NO. 3:20-cv-07900 <br><br> **RULE 7.1 STATEMENT** |

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Greenstar Technologies LLC and Pacific Controls, Inc. by and through the undersigned counsel certifies that neither company has a parent corporation and that no publicly held corporation owns 10% or more of its stock.

Greenstar Technologies LLC is owned by Beena Abrham and Christopher Nazareth. Pacific Controls, Inc. is owned by Dilip Rahulan.

Upon any change in the information provided, a Supplemental Disclosure Statement will be promptly filed.

Dated: February 21, 2023
Florham Park, NJ

                                                Respectfully Submitted,

                                                **DREIFUSS BONACCI & PARKER, PC**

                                                By:    s/ David C. Dreifuss
                                                          David C. Dreifuss
                                                          26 Columbia Turnpike
                                                          North Entrance
                                                          Florham Park, NJ 07932
                                                          973-514-1414
                                                          *Counsel for Plaintiffs*